AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

_____NORTHERN_____ DISTRICT OF _____CALIFORNIA_____

UNITED STATES OF AMERICA

V.

Felisuntro Oliva-Leyvn

**WAIVER OF INDICTMENT**

CASE NUMBER: 07 00302 RMW-PVT

I, __Felisurto Olivas-Leyva__, the above named defendant, who is accused of

8 USC 1326

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5/30/07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

**FILED**

MAY 3 0 2007

RICHARD W. ...
CLERK, U.S. D...
NORTHERN D...
SAN JO...

____FOL____
Defendant

____[signature]____
Counsel for Defendant

Before _____
Judicial Officer