**\*E-FILED \***

## CRIMINAL MINUTE ORDER

**JUDGE:  Ronald M. Whyte**                **REPORTER:  Lee-Anne Shortridge**

**DATE:  June 25, 2007**                **TIME:  9:00 am**

**CRIMINAL NO.: CR-07-00302-RMW**

**TITLE: UNITED  STATES  OF  AMERICA          -v-  FELISARDO  OLIVAS-LEYVA**
       **APPEARANCES:**                **(P)©**

**PLTF:  AUSA: S. Knight for B. Kennedy**          **DEFT: N. Humy**
              **INTERPRETER:**                **L. Acre**

**COURT ACTION: PLEA/SENTENCING**

**Hearing Held.  The defendant pled guilty to Count 1 of the Information.  A Plea Agreement was executed in open court.  SENTENCING: The defendant waived the preparation of a PSR. The Court sentenced the defendant to the custody of the B.O.P. for a period of 9 months. Upon release from custody, the defendant shall be placed on supervised release for a period of 3 years.  The defendant shall pay to the government a special assessment in the amount of $100, which shall be due immediately.  The Court did not impose a fine.  See Judgment for specifics.**

*/s/ Jackie Garcia*
    **JACKIE GARCIA**
    **Courtroom Deputy**